UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

No. 98-6665

───────────────

REGINALD SPRATLEY,

Petitioner - Appellant,

versus

WARDEN, BUCKINGHAM CORRECTIONAL CENTER,

Respondent - Appellee.

───────────────

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-98-2)

───────────────

Submitted:  August 27, 1998      Decided:  September 17, 1998

───────────────

Before NIEMEYER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Reginald Spratley, Appellant Pro Se.  Michael Thomas Judge, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Spratley v. Warden, Buckingham Corr. Ctr.</u>, No. CA-98-2 (W.D. Va. Apr. 14, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>